UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| EDWIN GIRE, | ) |
| Petitioner, | ) |
| vs. | ) No.   19CV3079 |
| UNITED STATES OF AMERICA, | ) |
| Respondents. | ) |

**PETITIONER EDWIN GIRE'S
NOTICE OF MOTION TO DISMISS APPEAL**

NOW COMES the Petitioner, EDWIN J. GIRE, by and through his attorneys, J. STEVEN BECKETT of Beckett Law Office, P.C., and MARTIN G. WEINBERG of Martin G. Weinberg P.C., and respectfully submits the instant Notice to inform this Court that, on April 29, 2019, Mr. Gire moved to dismiss his Seventh Circuit sentencing Appeal. *See United States v. Gire*, No. 19-1284 (7th Cir.), Dkt. 21.

In light of this development, Mr. Gire requests that the Court deny as moot the government's pending motion to dismiss his § 2255 motion, which was predicated entirely on the pendency of Mr. Gire's direct appeal. *See generally* Dkt. 6. Mr. Gire additionally requests that this Court order the government to respond

to his pending motion to vacate.  *See* Rules Governing Section 2255 Proceedings, Rule 4(b) ("If the motion is not dismissed, the judge must order the United States attorney to file an answer, motion, or other response within a fixed time, or to take other action the judge may order.").

        Respectfully submitted,

        EDWIN J. GIRE, Defendant

        By:   */s/J. Steven Beckett*

        By:   */s/Martin G. Weinberg*

| | |
|---|---|
| **J. STEVEN BECKETT** | **MARTIN G. WEINBERG** |
| **BECKETT LAW OFFICE, P.C.** | **MARTIN G. WEINBERG, P.C.** |
| 508 South Broadway | 20 Park Plaza, Suite 1000 |
| Urbana, IL 61801 | Boston, MA 02116 |
| (217)328-0263 | (617)237-3700 |
| (217)328-0290 FAX | (617)338-9538 FAX |
| steve@beckettlawpc.com | owlngw@att.net |
| A.R.D.C. # 6243927 | |

# CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2019, I electronically filed the above **PETITIONER EDWIN GIRE'S NOTICE OF MOTION TO DISMISS APPEAL** with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

**AUSA, Eugene Miller - 201 S. Vine St., Urbana, IL 61802**

and I hereby certify that on April 29, 2019, I mailed by United States Postal Service, first class postage prepaid and legibly addressed, the document(s) to the following non-registered participants:

**N/A**


By:  */s/J. Steven Beckett*            By:  */s/Martin G. Weinberg*


**J. STEVEN BECKETT**                **MARTIN G. WEINBERG**
**BECKETT LAW OFFICE, P.C.**         **MARTIN G. WEINBERG, P.C.**
508 South Broadway                   20 Park Plaza, Suite 1000
Urbana, IL 61801                     Boston, MA 02116
(217)328-0263                        (617)237-3700
(217)328-0290 FAX                    (617)338-9538 FAX
steve@beckettlawpc.com               owlngw@att.net
A.R.D.C. # 6243927