# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| EDWIN J. GIRE, | ) |
|     Petitioner, | ) |
| | ) |
| vs. | )    Case No.    19CV3079 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
|     Respondent. | ) |

## NOTICE OF APPEARANCE

NOW COMES the undersigned and hereby enters his appearance as co-counsel for the Petitioner, Edwin Gire, in the above-captioned matter.

Respectfully submitted,

**/s/ Michael Pabian**
Michael Pabian
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
pabianlaw38@gmail.com

Dated: May 8, 2019

## CERTIFICATE OF SERVICE

I, Michael Pabian, hereby certify that on this date, May 8, 2019, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

**/s/ Michael Pabian**
Michael Pabian
