E-FILED
Thursday, 09 April, 2020  04:54:47 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| EDWIN J. GIRE, | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No.    19CV03079 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

**PETITIONER EDWIN GIRE'S RENEWED MOTION FOR RELEASE**
**PENDING RESOLUTION OF HIS § 2255 MOTION**

NOW COMES the Petitioner, Edwin Gire, by and through his attorneys, J. STEVEN BECKETT of Beckett Law Office, P.C., and MARTIN G. WEINBERG of Martin G. Weinberg P.C., and respectfully renews his request to be released on bond pending resolution of his § 2255 motion to vacate convictions.

Mr. Gire filed his Section 2255 Motion on March 25, 2019, along with a supporting memorandum and a motion to continue his release on bond. *See* Dkt. 1, 2, and 4. After Mr. Gire self-reported on March 27, this Court denied his request for bail. *See* Dkt. 19. While the Court recognized its "inherent power to admit [habeas] applicants to bail," *id.* at 3, it ultimately concluded that Mr. Gire had "not *yet* established that his claims of ineffective assistance of trial counsel have a high probability of success," *id.* at 5 (emphasis added).

1

Mr. Gire respectfully submits that the two-day evidentiary hearing held on November 13 and 14, 2019, has substantially corroborated his ineffective assistance of counsel claim and established the requisite high probability of success.  The hearing evidence demonstrated, among other things, that Mr. Gire's trial counsel (1) advised him to plead guilty to misdemeanor unlawful employment charges without mentioning that doing so would concede the *mens rea* required for conviction on the felony harboring counts, *see* Dkt. 59 at 6, 12-15; (2) advised Mr. Gire to waive his right to a jury trial based on a misunderstanding of law and without competently explaining the risks and benefits of such a waiver, *see id.* at 16-21; (3) advised Mr. Gire to waive privilege over communications with his former immigration attorney without taking any steps to obtain firsthand information regarding the contents of the evidence the attorney would provide, *see id.* at 21-25; and (4) failed to retain a handwriting expert to opine that Mr. Gire did not sign any of the four visa petitions at issue in this case, *see id.* at 27-31.

There are also prudential reasons to reconsider Mr. Gire's request for release on bond at this time.  The COVID-19 pandemic has upended every imaginable facet of American life.  As of the date of this filing, there are more than 427,000 confirmed cases in the United States, resulting in almost 15,000 deaths.  *See*

Centers for Disease Control and Prevention, *Coronavirus Disease 2019 (COVID-19), Cases in U.S.* (Apr. 9, 2020), *available at*

https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/cases-in-us.html.

Federal prisoners, who of necessity are relegated to a confined space with a large

number of other people, are vulnerable to this outbreak.  *See* Federal Bureau of

Prisons, *COVID-19 Coronavirus* (Apr. 9, 2020), *available at*

https://www.bop.gov/coronavirus/ (noting that 253 inmates and 85 staff members

have tested positive to date).

Mr. Gire is a non-violent offender with no prior criminal history.  He has

served over a year of his thirty-six month sentence.  Given the strength of his

ineffective assistance claim and the unprecedented health crisis facing our prison

system, Mr. Gire respectfully submits that he should be released on bond pending

the resolution of his § 2255 motion.[1]

> Respectfully submitted,
> EDWIN J. GIRE, Petitioner,
>
> By:/s/ *J. Steven Beckett*
> J. Steven Beckett, His Attorney

---

[1] It should also be noted that, on November 5, 2019, more than five months ago, this Court Ordered the government to produce the original 2014 visa petition at issue in this case within seven days.  *See* Dkt. 30 at 24-25.  Despite multiple inquiries by undersigned counsel, the government has yet to produce the document to the defense, or even to update this Court regarding any efforts the government has undertaken to comply with its Order.

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2020, I electronically filed the above **MOTION FOR RELEASE PENDING RESOLUTION OF HIS § 2255 MOTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

**AUSA, EUGENE MILLER – 201 S. Vine St., Urbana, IL 61802**

and I hereby certify that on April 9, 2020, I mailed by United States Postal Service, first class postage prepaid and legibly addressed, the document(s) to the following non-registered participants:

**N/A**

By: */s/ J. Steven Beckett*

**J. STEVEN BECKETT**
**BECKETT LAW OFFICE, P.C.**
**ARDC #: 0151580**
508 South Broadway Ave.
Urbana, IL 61801
(217) 328-0263
(217) 328-0290 FAX
steve@beckettlawpc.com