UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| EDWIN J. GIRE, | ) | |
|     Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No.   19CV03079 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
|     Respondent. | ) | |

**PETITIONER EDWIN GIRE'S MOTION FOR STATUS CONFERENCE**

NOW COMES the Petitioner, Edwin Gire, by and through his attorneys, J. STEVEN BECKETT of Beckett Law Office, P.C., and MARTIN G. WEINBERG of Martin G. Weinberg P.C., and respectfully requests that this Court schedule a status conference in the above-captioned matter.

Mr. Gire filed his Section 2255 Motion on March 25, 2019, along with a supporting memorandum and a motion to continue his release on bond. *See* Dkt. 1, 2, and 4. After Mr. Gire self-reported on March 27, this Court denied his request for bail. *See* Dkt. 19. An evidentiary hearing on Mr. Gire's 2255 motion was held on November 13 and 14, 2019. Prior to that hearing, on November 5, this Court Ordered the government to produce the original 2014 visa petition at issue in this case within seven days. *See* Dkt. 30 at 24-25. Despite multiple inquiries by undersigned counsel, the government has yet to produce the document to the

1

defense, or even to update this Court regarding any efforts the government has undertaken to comply with its Order.  On December 4, 2019, Mr. Gire filed a Motion for Miscellaneous Relief, requesting that, among other things, State Department Agent Tai Pham be required to provide testimony (in oral or written form) regarding the government's claim that the State Department is in possession of no files relating to a criminal investigation of Saman Movassaghi, a claim that is in significant tension with documents introduced at the evidentiary hearing.  *See* Dkt. 50 at 3-5.  On April 9, 2020, Mr. Gire renewed his motion for bail, relying upon the evidence adduced at the hearing and the state of the COVID-19 pandemic.  That motion remains pending at this time.

 Based on the foregoing chronology, Mr. Gire's counsel of record have been repeatedly contacted by Mr. Gire regarding the status of the case. Counsel have no ready response and request a brief status hearing to determine what the status of the government's compliance with prior orders and potential schedule of anticipated rulings might be.  Petitioner's counsel are well aware of the exigencies placed on the Court by the COVID – 19 related issues and bring this matter in the interest of justice for Mr. Gire, as a client.

 WHEREFORE Mr. Gire respectfully requests that a status conference be held in this matter to address his pending motions, including: (1) Mr. Gire's 2255

motion itself; (2) his renewed motion for bail; and (3) his request that Agent Pham be compelled to provide testimony regarding the State Department's files on Saman Movassaghi.  Mr. Gire also requests that the government be required to provide an update regarding the original 2014 visa petition, which this Court Ordered it to produce to the defense more than nine months ago.

                                            Respectfully submitted,
                                            EDWIN J. GIRE, Petitioner

                            By:   */s/ J. Steven Beckett*
                                     His attorney

**J. STEVEN BECKETT**
**BECKETT LAW OFFICE, P.C.**
**ARDC #: 0151580**
508 South Broadway
Urbana, IL 61801
(217)328-0263
(217)328-0290 FAX
steve@beckettlawpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2020, I electronically filed the above **Motion for Status Conference** with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

**AUSA, Eugene Miller - 201 S. Vine St., Urbana, IL 61802**

and I hereby certify that on August 20, 2020, I mailed by United States Postal Service, first class postage prepaid and legibly addressed, the document(s) to the following non-registered participants:

**N/A**

By:   */s/J. Steven Beckett*

**J. STEVEN BECKETT**
**BECKETT LAW OFFICE, P.C.**
**ARDC #: 0151580**
508 South Broadway
Urbana, IL 61801
(217)328-0263
(217)328-0290 FAX
steve@beckettlawpc.com