# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| EDWIN J. GIRE, | ) |
|     Petitioner, | ) |
| | ) |
| vs. | ) Case No. 19CV3079 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
|     Respondent. | ) |

## PETITIONER EDWIN GIRE'S NOTICE OF APPEAL AND REQUEST FOR CERTIFICATE OF APPEALABILITY

NOW COMES the Petitioner, EDWIN J. GIRE, by and through his attorney, MICHAEL PABIAN of Michael Pabian Law Office, LLC, and hereby notices his appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment entered on April 1, 2022 denying his Section 2255 Motion to Vacate Convictions, including but not limited to the November 5, 2019 Order on Petitioner's Motion for Production of Exculpatory Evidence and for Discovery and the March 29, 2022 Opinion and Order denying Petitioner's Section 2255 Motion.

Mr. Gire will additionally request that the Court of Appeals issue a Certificate of Appealability, and he intends to set forth the detailed grounds for that request in a filing with the Court of Appeals.

Respectfully submitted,
EDWIN J. GIRE, Petitioner

By:   */s/ Michael Pabian*
       One of his attorneys

**MICHAEL PABIAN**
**MICHAEL PABIAN LAW OFFICE, LCC**
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
(617) 338-9538 FAX
pabianlaw38@gmail.com

## CERTIFICATE OF SERVICE

  I hereby certify that on April 6, 2022, I electronically filed the above **PETITIONER'S NOTICE OF APPEAL AND REQUEST FOR CERTIFICATE OF APPEALABILITY** with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

  **AUSA, Eugene Miller - 201 S. Vine St., Urbana, IL 61802**

and I hereby certify that on April 6, 2022, I mailed by United States Postal Service, first class postage prepaid and legibly addressed, the document(s) to the following non-registered participants:

  **N/A**

            By: */s/ Michael Pabian*

**MICHAEL PABIAN**
**MICHAEL PABIAN LAW OFFICE, LLC**
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
(617) 338-9538 FAX
pabianlaw38@gmail.com